UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEDDIE L. GRIFFIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No.: 1:22-cv-01224-SKO (HC)<br><br>ORDER DENYING MOTION TO SUPPLEMENT PETITION<br><br>[Doc. 5] |

    Petitioner is in the custody of the Bureau of Prisons ("BOP") at the Federal Correctional Institution in Atwater, California. He filed the instant federal petition on September 26, 2022. (Doc. 1.) On October 5, 2022, the Court issued Findings and Recommendations to dismiss the petition as successive and for lack of jurisdiction. (Doc. 4.) On October 11, 2022, Petitioner filed a motion to supplement his petition with additional case law and argument. (Doc. 5.)

    Pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, the court may grant a party leave to supplement a pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. Here, Petitioner's proposed supplement does not set out any transaction, occurrence or event that occurred after his petition. Instead, he wishes to add additional argument and case law. Petitioner's request will be denied. The petition must be complete in and of

itself and cannot reference other pleadings.  The Court can consider the arguments in conjunction with Petitioner's objections, if any, upon the Court's review of the Findings and Recommendations.

IT IS SO ORDERED.

Dated:  **October 17, 2022**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE